FILED
CLERK, U.S. DISTRICT COURT
OCT - 8 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MICHAEL BRIDGES, | ) CV 14-7058-SVW (~~SH~~) (AGR) |
| | ) |
| Petitioner, | ) ORDER ACCEPTING REPORT AND |
| | ) RECOMMENDATION OF UNITED |
| | ) STATES MAGISTRATE JUDGE |
| v. | ) |
| | ) |
| E. VALENZUELA, WARDEN, et al., | ) |
| Respondents. | ) |

Pursuant to 28 U.S.C. Section 636, the court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which objections have been made. The court accepts the findings and recommendations of the Magistrate Judge.

1

1     IT IS THEREFORE ORDERED that: (1) Judgment be entered dismissing
2 the action with respect to the first and second claims alleged in the Petition with
3 prejudice and (2) Judgment be entered dismissing the action with respect to the
4 third claim alleged in the Petition without prejudice.
5 DATED: \_\_\_10/7/15\_\_\_

                              STEPHEN V. WILSON
                              UNITED STATES DISTRICT JUDGE