UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MICHAEL BRIDGES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>E. VALENZUELA, Warden, et al.,<br><br>　　　　　Respondents. | ) CV 14-7058-SVW (~~SH~~) (AGR)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

　　Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that 1) the first and second claims alleged in the Petition are dismissed with prejudice; and 2) Judgment is entered dismissing the action with respect to the third claim in the Petition without prejudice.

DATED: 10/6/15

　　　　　　　　　　　　　　　　　　　　　／s／ Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE